# United States District Court
## Violation Notice

| Field | Value |
|---|---|
| Violation Number | 7140617 |
| Officer Name (Print) | POWELL |
| Officer No. | 3241 |

**YOU ARE CHARGED WITH THE FOLLOWING VIOLATION**

| Date and Time of Offense | Offense Charged (State Code) |
|---|---|
| 08/03/2020 / 1004 | 46.2-806 |

Place of Offense: RUSSELL RD BEFORE QUANTICO RD

Offense Description: Factual Basis for Charge
Driving wrong way on street.

### DEFENDANT INFORMATION
- Last Name: EWING
- First Name: PATRICK
- M.I.: L
- Street Address: [REDACTED]

| Tag No. | State | Year | Make/Model | Color |
|---|---|---|---|---|
| CMPN58N | GA | 04 | FRD 350 | GRY |

A ☐ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT.
B ☒ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT.

- $ 100 Forfeiture Amount
- + $30 Processing Fee
- PAY THIS AMOUNT → $ 130 Total Collateral Due

**YOUR COURT DATE**
Court Address: UNITED STATES DISTRICT COURT, 401 COURTHOUSE SQUARE, ALEXANDRIA, VA 22314, (703) 299-2100
Date: 10/14/2020
Time: 0900

X Defendant Signature
(Rev. 09/2015) Original - CVB Copy

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on 08/03, 20 20 while exercising my duties as a law enforcement officer in the EASTERN District of VA.

I OBSERVED A GRAY FORD F350 DRIVING IN THE EAST BOUND LANE OF RUSSELL RD CROSS THE CENTER MEDIAN AND DRIVE EASTBOUND IN THE WESTBOUND LANE BEFORE TURNING ONTO QUANTICO RD. VCIN check revealed the operator EWING NOT LICENSED OUT OF G.A. DRIVER WAS CITED AND RELEASED.

The foregoing statement is based upon:
☒ my personal observation  ☐ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 08/03/2020
Date (mm/dd/yyyy)   Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)   U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident